# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | CIVIL ACTION NO. 1:05-CV-1757 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **DEBRA A. ROSS,** : | |
| **Defendant** : | |

## ORDER

AND NOW, this 26th day of June, 2006, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 13) to confirm the May 4, 2006 United States Marshal sale of the foreclosed real property, located at RR 1, Box 466, Falls, Pennsylvania is GRANTED. The United States Marshal is directed to execute and deliver to JOHN COOPER, their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of DEBRA A. ROSS in and to the premises sold, located at RR 1, Box 466, Falls, Pennsylvania, 18615-9672. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

　　　　　　　　　　　　　　　　　　　　　　/s/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　　　　United States District Judge